EUGENIA SHOATES v. STATE OF NEW JERSEY,
DEPARTMENT OF CIVIL SERVICE.

March 25, 1980.

Petition for certification denied.

IN RE PROCEEDINGS BY THE COMMISSIONER OF INSURANCE,
STATE OF NEW JERSEY, TO FINE OR SUSPEND OR REVOKE
THE INSURANCE LICENSES OF INTERSTATE PLANNING
ASSOCIATES, INC.

March 25, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. BERNICE ALTENBURGER.

March 25, 1980.

Petition for certification denied.